UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-cv-00072-FL

| NUVOTRONICS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| COMPONENTZEE LLC and MASUD BEROZ, | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Consent Motion for Leave to Strike the Joint Stipulation of Dismissal and Consent Motion for Enlargement of Time. With Defendants' consent, Plaintiff moves the Court to strike the Joint Stipulation of Dismissal because it was filed erroneously. Additionally, with Defendants' consent, Plaintiff moves for a thirty-day enlargement of time for the Parties to file the Joint Stipulation of Dismissal or alternatively to seek to reopen the case. Upon review of Plaintiff's Consent Motions, the Court hereby grants the motions.

It is hereby ordered that the Joint Stipulation of Dismissal filed on August 12, 2019, is stricken, and it is hereby further ordered that the period of time for the Parties to file the Joint Stipulation of Dismissal or seek to reopen the case is enlarged to September 11, 2019.

Ordered this 14th day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge